# Stone *v.* The State.

## *Adultery.*

(Decided January 13, 1914.   64 South. 158.)

*Adultery; Verdict; Related Charges.*—The jury is not required to find by their verdict which one of the related charges a defendant is guilty of under an indictment charging adultery or fornication.

APPEAL from Autauga Circuit Court.

Heard before Hon. W. W. PEARSON.

Andrew Stone was convicted of living in adultery, and he appeals. Affirmed. ·

RIDDLE & ELLIS, for appellant. No brief came to the Reporter.

ROBERT C. BRICKELL, Attorney General, for the State.

PELHAM, J.—The indictment charges living in adultery or fornication, in the form prescribed by the Code (Cr. Code, p. 672, form 69), and the jury were not required, in finding the defendant guilty, to specify which of the alternative related charges contained in

the indictment, i. e., adultery or fornication, they found to be true.—*White v. State,* 74 Ala. 31.

The record contains no error, and the judgment of conviction, appealed from on the record without a bill of exceptions, is affirmed.

Affirmed.